AUSA: Diarra M. Guthrie

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **25 MAG 3507** |
| UNITED STATES OF AMERICA | **COMPLAINT** |
| v. | Violations of 21 U.S.C. §§ 841, 846 |
| BENJAMIN ESCOBAR RIOS and<br>SAUL G. DEL RIO, | COUNTY OF OFFENSE:<br>BRONX |
| Defendants. | |

SOUTHERN DISTRICT OF NEW YORK, ss.:

DANILO PACHECO, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

### COUNT ONE
### (Conspiracy to Distribute Narcotics)

1.  In or about November 2025, in the Southern District of New York and elsewhere, BENJAMIN ESCOBAR RIOS and SAUL G. DEL RIO, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that BENJAMIN ESCOBAR RIOS and SAUL G. DEL RIO, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substance involved in the offense was 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

4.  I am a Special Agent with the DEA, which focuses on combatting drug trafficking and money laundering. I have been a Special Agent for approximately four years. I have been personally involved in this investigation. This affidavit is based on my involvement in this investigation, my conversations with other law enforcement officers and other individuals, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and

conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5.  Based on my participation in this investigation, I know that since at least in or about November 2025, the DEA was investigating a certain narcotics distribution scheme in the Bronx and elsewhere.

6.  Based on my participation in this investigation and my conversations with an undercover law enforcement officer ("UC-1") and other law enforcement officers, I have learned the following:

   a.  Between at least on or around November 1, 2025 and on or around November 3, 2025, UC-1 exchanged calls and messages via the WhatsApp platform with a person later identified as BENJAMIN ESCOBAR RIOS, the defendant, about ESCOBAR RIOS providing UC-1 with approximately 6 kilograms of methamphetamines in exchange for approximately $22,000 (the "Narcotics Transaction"). During the same time period, UC-1 exchanged calls and messages via the WhatsApp platform with a person later identified as SAUL G. DEL RIO, the defendant, about UC-1 delivering approximately $22,000 to DEL RIO shortly after UC-1 received the kilograms of methamphetamines from ESCOBAR RIOS.

   b.  On or around November 3, 2025, ESCOBAR RIOS and UC-1 agreed to meet at a particular time and at a particular location in the Bronx (the "Bronx Location"). At the scheduled time and place, UC-1 parked his vehicle (the "UC-1 Vehicle") at the Bronx Location, and law enforcement officers observed ESCOBAR RIOS exit a black sport utility vehicle, leaving another person behind in the vehicle ("Co-Conspirator-1"), and DEL RIO exit a white pickup truck, leaving another person behind in the truck ("Co-Conspirator-2"). DEL RIO approached UC-1's driver's-side window and, speaking in Spanish to UC-1, who is a native Spanish speaker, DEL RIO told UC-1, in substance and in part, to let ESCOBAR RIOS into the vehicle so ESCOBAR RIOS can show UC-1 the product. ESCOBAR RIOS, who was holding a black canvas bag, entered the UC-1 Vehicle and sat in the front passenger seat, and DEL RIO entered the vehicle and sat in the rear driver's-side seat. ESCOBAR RIOS opened the black canvas bag and displayed multiple large Ziploc bags, each of which contained clear crystals (the "Narcotics"). Below is an image of the Narcotics found in the black canvas bag:



        c.    Law enforcement officers then placed ESCOBAR RIOS and DEL RIO under arrest. A field test was later performed on the Narcotics, which tested positive for methamphetamine. In total, the weight of the Narcotics, including the packaging, was approximately 6 kilograms.

    7.    Based on my participation in this investigation and my conversations with law enforcement officers, I have learned the following:

        a.    On or around November 3, 2025, following his arrest, BENJAMIN ESCOBAR RIOS, the defendant, having waived his *Miranda* rights, said, in substance and in part:

            i.    In the days prior to November 3, 2025, ESCOBAR RIOS had travelled from Texas to the Bronx, New York, along with Co-Conspirator-1, with the Narcotics in his vehicle to deliver them to UC-1.

            ii.    ESCOBAR RIOS expected to make approximately $4,500 for transporting the Narcotics and delivering them to UC-1.

        b.    On or about November 3, 2025, following his arrest, SAUL G. DEL RIO, the defendant, having waived his *Miranda* rights, said, in substance and in part:

            i.    In the days prior to November 3, 2025, DEL RIO had travelled from Illinois to the Bronx, New York, along with Co-Conspirator-2, and intended to receive the proceeds from what he understood to be an expected narcotics transaction, namely, approximately $22,000. *See supra* ¶ 6(a).

WHEREFORE, I respectfully request that BENJAMIN ESCOBAR RIOS and SAUL G. DEL RIO, the defendants, be imprisoned or bailed, as the case may be.

                                          /s/ Danilo Pacheco
                                          DANILO PACHECO
                                          Special Agent
                                          Drug Enforcement Administration

Sworn to before me
this 4th day of November, 2025

_____
THE HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York